**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ben Fackler Construction, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Fackler Construction Company** <br> **FDBA  Pro Handyman Services** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1676310** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1394 NE Alpha Drive** <br> **McMinnville, OR 97128** <br> Number, Street, City, State & ZIP Code | **PO Box 194** <br> **McMinnville, OR 97128** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Yamhill** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.facklerconstruction.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Ben Fackler Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

2389

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Ben Fackler Construction, Inc.**       Case number (*if known*) _____
       Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Ben Fackler Construction, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/14/2025
           MM / DD / YYYY

**X** /s/ Stephen B. Fackler            Stephen B. Fackler
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

**X** /s/ Keith Y. Boyd            Date   5/15/2025
Signature of attorney for debtor                MM / DD / YYYY

**Keith Y. Boyd**
Printed name

**Keith Y. Boyd, P.C.**
Firm name

**724 S. Central Ave Ste 106**

**Medford, OR 97501**
Number, Street, City, State & ZIP Code

Contact phone   **541 973 2422**      Email address   **keith@boydlegal.net**

**760701 OR**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Oregon

In re  **Ben Fackler Construction, Inc.**

Case No. _____

Chapter  **11**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................. $ _____ **Hourly**

   Prior to the filing of this statement I have received ................... $ _____ **16,378**

   Balance Due .................................................................. $ _____ **Hourly**

2. The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other (specify):    The Fox Law Corporation from the retainer it received from the Debtor

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

/s/ Keith Y. Boyd                    *Date*  5/15/2025

**Keith Y. Boyd, OSB #760701**

*Signature of Attorney*

**Keith Y. Boyd, P.C.**
**724 S Central Ave  #106**
**Medford, OR 97501**
**541-973-2422  Fax: 541-973-2426**
**keith@boydlegal.net**

*Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Oregon

In re  **Ben Fackler Construction, Inc.**             Case No. _____

                                    Debtor(s)            Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................... $ _____**60,000.00**

   Prior to the filing of this statement I have received .................... $ _____**60,000.00**

   Balance Due ............................................................................. $ _____**Hourly**

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 14, 2025
_____
*Date*

/s/ Steven R. Fox
**Steven R. Fox**
*Signature of Attorney*
**The Fox Law Corporation Inc.**
**17835 Ventura Blvd #306**
**Encino, CA 91316**
**818 774-3545  Fax: 818 774-3707**
**SRFox@foxlaw.com**
*Name of law firm*

---

| Fill in this information to identify the case: |
| --- |

Debtor name      **Ben Fackler Construction, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

Part 1:  **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*........................................................................................    $ _____0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.....................................................................................    $ _____641,841.97

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*........................................................................................    $ _____641,841.97

---

**Part 2:**  **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____709,062.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____154,728.07

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____4,968,953.87

4.   **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b

   | $ 5,832,743.94 |
   | --- |

**Fill in this information to identify the case:**

Debtor name   **Ben Fackler Construction, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$150.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizen's Bank. Value as of May 12, 2025** | **Checking** | **3391** | **$130,392.00** |
| 3.2. | **Citizen's Bank. Value as of May 12, 2025** | **Checking** | **8927** | **$63.00** |

4. **Other cash equivalents** *(Identify all)*

| | | Current value |
|---|---|---|
| 4.1. | **Bittner Hahs Postma Swan PC Retainer. Transferred April, 2025. Balance as of filing date.** | **$8,500.00** |
| 4.2. | **Lucove & Say, Co retainer. Funds transferred February, 2025. Balance as of filing date.** | **$3,500.00** |
| 4.3. | **The Fox Law Corporation, Inc retainer. Funds transferred February, 2025. Balance as of filing date.** | **$0.00** |

Debtor    **Ben Fackler Construction, Inc.**                    Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| | | |
|---|---|---:|
| 4.4. | **Keith Y. Boyd, P.C. retainer. Funds transferred February, 2025. Balance as of filing date.** | **$0.00** |

| | | |
|---|---|---:|
| 4.5. | **Debtor received and deposited three single-party checks made payable to it - $22,407.88 (sub-contractor Trinity Flooring), $158,772.11 (Wurdinger Excavation), and $11,034.47 (Domain Serene). The Debtor believes Trinity Flooring and Wurdinger Excavation will argue the monies are not property of the estate. The Debtor holds the monies in a separated account pending a Court Order.** | **$192,214.46** |

**5.**   **Total of Part 1.**                                                           **$334,819.46**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Fackler Properties, LLC (Landlord) Lease Deposit**                          **$5,000.00**

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**   **Total of Part 2.**                                                           **$5,000.00**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

11a. 90 days old or less:        **616,556.51**   -   **533,000.00**   = ....   **$83,556.51**
                          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                          face amount            doubtful or uncollectible accounts

**12.**   **Total of Part 3.**                                                          **$83,556.51**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

Debtor    **Ben Fackler Construction, Inc.**
Name                                                         Case number *(If known)* _____

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials Misc shop supplies and leftover materials. Liquidation value: $5,000. Going Concern Value $12,500.** | **N/A** | **$0.00** | **Mgmt Opinion** | **$12,500.00** |
| 20. **Work in progress Misc fixtures, tile, and project-specific materials. Value varies considerably as materials are used for jobs.** | **N/A** | **$0.00** | **Mgmt Opinion** | **$6,000.00** |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $18,500.00 |
|---|---|

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

39.    **Office furniture**

Debtor **Ben Fackler Construction, Inc.** _____ Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **See Attachment "1"** | $42,046.00 | **Mgmt Opinion** | $8,573.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. **Wall art** | $0.00 | **Mgmt Opinion** | $250.00 |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $8,823.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2006 Genie Kamatsu Small Forklift GS5519. VIN: 14020.** | $20,520.00 | **Mgmt Opinion** | $14,650.00 |
| 47.2. **2007 Gehl Forklift RS8-42. VIN: RS842JY0716591.** | $28,000.00 | **Mgmt Opinion** | $27,500.00 |
| 47.3. **2011 Cargo Mate Trailer. VIN: ORTB714TA2.** | $4,165.00 | **Mgmt Opinion** | $3,600.00 |
| 47.4. **2012 Genie Scissor Lift GS-3219.** | $1,220.00 | **Mgmt Opinion** | $3,860.00 |
| 47.5. **2014 Fab Form IND Dump Trailer.** | $6,329.00 | **Mgmt Opinion** | $3,800.00 |
| 47.6. **2014 Genie Scissor Lift GS-2632. VIN: GS3214A-135655.** | $9,520.00 | **Mgmt Opinion** | $3,400.00 |
| 47.7. **2016 Job Trailer 2 Corss Lt. VIN: 58E1W1226G1002544.** | $3,700.00 | **Mgmt Opinion** | $3,140.00 |

Debtor  **Ben Fackler Construction, Inc.**                                    Case number *(If known)* _____
        Name

| | | | | |
|---|---|---|---|---|
| 47.8. | **2016 Ford F250. VIN: 1FTBF2A66GEB32490. Milage: 99810 (as of Jan, 2025).** | $8,835.38 | Mgmt Opinion | $9,400.00 |
| 47.9. | **2016 Bobcat Skid Steer T590. VIN: 27032.** | $17,900.00 | Mgmt Opinion | $30,900.00 |
| 47.10. | **2016 Takeuchi Mini Excavator TB260. VIN: 126101249.** | $50,500.00 | Mgmt Opinion | $35,000.00 |
| 47.11. | **2017 Mirage Cargo Trailer. VIN: 5M3BE101H1074915.** | $2,929.00 | Mgmt Opinion | $2,600.00 |
| 47.12. | **2017 Ram 1500. VIN: 3C6TRVAG3HE511689.** | $16,667.00 | Mgmt Opinion | $11,962.00 |
| 47.13. | **2020 Roadclipper Flatbed HDT20720. VIN: 46UFU2020L1227190.** | $6,999.00 | Mgmt Opinion | $3,150.00 |
| 47.14. | **2022 Tesla Y. VIN: 7SAYGDEFXNF410965.** | $64,257.00 | Mgmt Opinion | $22,847.00 |
| 47.15. | **2017 Ford F250. VIN: 1FTBF2B62HEB22782.** | $28,922.00 | Mgmt Opinion | $13,134.00 |
| 47.16. | **2023 Tesla Model 3. VIN: 5YJ3E1EA2PF694370. Lease** | $26,500.00 | Lease | $0.00 |
| 47.17. | **2016 Job Trailer 2 Cross Lt. VIN 58E1W1226G1002544. Trailer stolen by Michael Pumputis. Value as of when the Trailer was last in Debtor's immediate possession.** | $0.00 | Mgmt Opinion | $2,200.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                                          $191,143.00
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Debtor      **Ben Fackler Construction, Inc.**                              Case number *(If known)* _____
                Name

■ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1394 NE Alpha Dr McMinnville, OR 97128** | **10 Year Lease** | **$0.00** | **Mgmt Opinion** | **$0.00** |

56.      **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| **$0.00** |

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.      **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.      **Internet domain names and websites www.facklerconstruction.com** | **$500.00** | **Mgmt Opinion** | **$0.00** |
| 62.      **Licenses, franchises, and royalties** | | | |
| 63.      **Customer lists, mailing lists, or other compilations Names, addresses, phone numbers, and emails** | **$0.00** | **Mgmt Opinion** | **$0.00** |
| 64.      **Other intangibles, or intellectual property** | | | |

Debtor    **Ben Fackler Construction, Inc.**
_____    Case number *(If known)* _____
          Name

65.    **Goodwill**

66.    **Total of Part 10.**

|  |  |
|---|---:|
|  | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Ben Fackler Construction, Inc.** _____ Case number _(If known)_ _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $334,819.46 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $5,000.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $83,556.51 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $18,500.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $8,823.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $191,143.00 | |
| 88. **Real property.** _Copy line 56, Part 9_...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $641,841.97 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $641,841.97 |

**Attachment 1**

| Item | Full Description | Location | Serial # or other identifier | Purchase Date | Original Price | Current Value (if known) |
|---|---|---|---|---|---|---|
| Desk | U shaped desk | Ben's Desk | | 2/7/2020 | $ 4,887.70 | $ 1,500.00 |
| Keyboard | Logitech Wireless Keyboard | Ben's Desk | PID: DF70805XK | | | |
| Monitor | Acer Computer Monitor | Ben's Desk | MMT4BAA00171303160 2411 | | | |
| Monitor | Acer Computer Monitor | Ben's Desk | MMT4BAA00171303163 2411 | | | |
| Mouse | Logitech Wireless Mouse | Ben's Desk | 1704LZ05LND8 | | | |
| Phone | Yealink Phone | Ben's Desk | | Leased | | |
| Printer | Brother Model HL-22 | Ben's Desk | | Leased | | |
| Speakers | Creative Desk Speakers | Ben's Desk | 1680826005100R | | | |
| Chair | Black Modern Guest Chair (2) | Ben's Office | Black Cloth | 23-Mar | $ 538.20 | $ 300.00 |
| Chair | Black Leather Computer Chair | Ben's Office | Black Leather | 2020 | $ 169.99 | $ 40.00 |
| Laptop | | Ben's Office | | | | |
| Chairs | Black Modern Guest Chair (2) | Outside Ben's Office | Black Cloth | 4/1/2023 | $ 538.20 | $ 300.00 |
| Dry-Erase Board | Quartet Large Whiteboard | Ben's Office | | 2020 | $ 239.00 | $ 75.00 |
| Table | Round side/coffee table with shelf in bottom | Ben's Office | Gray | | $ 159.00 | $ 40.00 |
| File Cabinet | 2 drawer gray metal filing cabinet | Hailey's Office | Gray Metal | | $ 49.00 | $ 10.00 |
| Table | Round side/coffee table with shelf in bottom | Outside Ben's Office | Black | | $ 159.00 | $ 40.00 |
| TV Screen | Element TV Screen | Ben's Office | Still in box | 8/15/2023 | $ 438.55 | $ 300.00 |
| Coffepot | Keurig Coffeepot | Upstairs Breakroom | Cream/silver | 4/1/2023 | $ 169.90 | $ 75.00 |
| Refrigerator | Small Upright Refrigerator | Upstairs Breakroom | Black | 9/1/2024 | $ 774.00 | $ 350.00 |
| Coffeepot | Keurig Coffeepot | Conference room | Black | 4/1/2023 | $ 159.90 | $ 75.00 |
| Tables | Butcher Block Pencil Leg Tables (2) | Upstairs conference Room | | | $ 800.00 | $ 400.00 |
| Chairs | Black Rolling Chairs/ armless (6) | Upstairs conference room | Black/silver | 7/1/2023 | $ 282.00 | $ 150.00 |
| TV Screen | Large Wall Mounted TV | Upstairs conference room | Black | 4/23/2025 | $ 399.00 | $ 150.00 |
| Dry-Erase Board | Large Whiteboard | Upstairs conference Room | Whiteboard | 2019 | $ 79.00 | $ 30.00 |
| Dry-Erase Board | Quartet Large Whiteboard | Breakroom | | | | |
| Dry-Erase Board | Whiteboard | Hailey's Office | Whiteboard | 2020 | $ 159.00 | $ 30.00 |
| File Cabinet | 4 Drawer Metal File Cabinet | Hailey's Office | Black | | $ 229.00 | $ 75.00 |
| File Cabinet | 4 Drawer Metal File Cabinet | Hailey's Office | Black | | $ 229.00 | $ 75.00 |
| File Organizer | Black wire 5 slot wall hanging file organizer | Storage room | Black | | $ 37.99 | $ 5.00 |
| File Organizer | Black wire 5 slot wall hanging file organizer | Breakroom | Black | | $ 37.99 | $ 5.00 |
| File Organizer | Black wire 5 slot wall hanging file organizer | Breakroom | Black | | $ 37.99 | $ 5.00 |
| File Organizer | Black wire 5 slot wall hanging file organizer | Breakroom | Black | | $ 37.99 | $ 5.00 |
| File Organizer | Black plastic 2 slot wall hanging | Breakroom | Black | | $ 10.00 | $ 5.00 |
| File Organizer | Plastic Individual Stackable File Organizers | Breakroom | Black | | $ 20.00 | $ 10.00 |
| K-cup Holder | Stainless Steel 20 K-cup holder | Breakroom | Silver | 1/3/2016 | $ 3.99 | $ 2.00 |
| Key Cabinet | Lockable 48 hook key cabinet | Downstairs Multi Office | Black | 2023 | $ 159.00 | $ 75.00 |
| Microwave | Panasonic Microwave | Breakroom | Silver | | $ 99.00 | $ 40.00 |
| Refrigerator | Frigidaire Mini Refrigerator | Breakroom | Black | | $ 179.00 | $ 50.00 |
| Tower | HP Pavilion Computer Tower | | CNV81206VK | | | |

| Item | Full Description | Location | Serial # or other identifier | Purchase Date | Original Price | Current Value (if known) |
|------|-----------------|----------|------------------------------|---------------|----------------|--------------------------|
| Tower | Dell Computer Tower - Extra | | HB15GG1 | | | |
| Tower | Dell Computer Tower - Extra | | C3CZZ91 | | | |
| File Cabinet | 4 Drawer Metal File Cabinet | Hailey's Office | | | | |
| File Cabinet | 4 Drawer Metal File Cabinet | Hailey's Office | | | | |
| Cabinet | 4 Drawer Cabinet | Christine's Office | Brown desk hieght | 2021 | $ 129.00 | $ 50.00 |
| Chair | Office Chair | Christine's Office | Brown | 2021 | $ 159.00 | $ 40.00 |
| Chair | black cloth guest chair | Christine's Office | Black set of 4 | 2021 | $ 105.00 | $ 50.00 |
| Desk | Ikea Desk | Christine's Office | Faux Dark wood (2) | 2020 | $ 199.98 | $ 100.00 |
| Table/Desk's | Ikea | Christine's Office | Black table/desk (2) | 2019 | $ 308.00 | $ 150.00 |
| File | 3 slot black metal wall hanging file organizer | Christine's Office | | 2016 | $ 29.00 | $ 10.00 |
| File Organizer | 3 slot black metal wall hanging file organizer | | | | $ 29.00 | $ 10.00 |
| File Organizer | 3 slot black metal wall hanging file organizer | | | | $ 29.00 | $ 10.00 |
| Laptop | ThinkPad Laptop | Christine's Office | PF-1RF7DQ 19/06 | 2019 | $ 1,509.00 | $ 200.00 |
| Monitor | 25" Samsung Computer Monitor | Christine's Office | | 2021 | $ 159.00 | $ 20.00 |
| Monitor | 25" Samsungc Computer Monitor | Christine's Office | | 2021 | $ 159.00 | $ 20.00 |
| Mouse | Logitech Computer Mouse | Christine's Office | | | $ 29.00 | $ 5.00 |
| Phone | Yelink Phone | Christine's Office | | Leased | | |
| Shelf | Floating Shelf - Decorative | Christine's Office | | 2018 | $ - | $ - |
| Cabinets | Rolling Storage Cabinets (2) | Christine's Office | 2 drawer rolling cabinet | 2016 | $ 118.00 | $ 80.00 |
| Chair | Brown Leather Computer Chair | | Brown Leather | | $ 159.00 | $ 40.00 |
| File Organizer | Black wire 5 slot wall hanging file organizer | | | 2020 | $ 37.99 | $ 5.00 |
| File Organizer | Black wire 5 slot wall hanging file organizer | | | 2020 | $ 37.99 | $ 5.00 |
| File Organizer | Black wire 5 slot wall hanging file organizer | | | 2020 | $ 37.99 | $ 5.00 |
| File Organizer | Black wire 5 slot wall hanging file organizer | | | 2020 | $ 37.99 | $ 5.00 |
| File Organizer | Black wire 5 slot wall hanging file organizer | | | 2020 | $ 37.99 | $ 5.00 |
| File Organizer | Black wire 5 slot wall hanging file organizer | | | 2020 | $ 37.99 | $ 5.00 |
| Laptop | Lenovo ThinkPad | Upstairs  Multi office | 03307-503-601-711 X20-88770 | | | |
| Monitor | HP Computer Monitor | Upstairs Multi office | | | $ 159.00 | $ 20.00 |
| Mouse | HP Mouse MSU0923 | Upstairs Multi office | 697738-001 | | $ 29.00 | $ 5.00 |
| Desk Mount | 13" to 27" Articulating Dual Monitor Desk Mount | Upstairs Multi office | | | $ 59.00 | $ 25.00 |
| Tables | Butcher Block Pencil Leg Tables (2) | Upstairs Multi office | Multiple Tables | 23-May | $ 800.00 | $ 400.00 |
| Laptop | Gateway Laptop | | NXY1UAA04534840718 3400 | | | |
| Monitor | HP Computer Monitor | Upstairs Multi office | | | $ 79.00 | $ 20.00 |
| Table | Draft Table | Upstairs Multi office | | | $ 150.00 | $ 100.00 |
| Plans Rack | Metal Plans Holder Rolling Rack | Upstairs Multi office | Cream Metal | 2020 | $ 179.00 | $ 50.00 |
| Mouse | 3d Black Optical Mouse | | | | | |

| Item | Full Description | Location | Serial # or other identifier | Purchase Date | Original Price | Current Value (if known) |
|---|---|---|---|---|---|---|
| Mouse | Dell Computer Mouse | | CN-011D3V-73826-48L-06BV | | | |
| Tower | Dell Tower Computer | | 4SH3622 | | | |
| Cabinet | 4 Drawer Metal File Cabinet | Haileys office | | | $ 139.00 | $ 50.00 |
| Shelf | 4 shelf Silver wire shelf | Storage room | | 2019 | $ 159.00 | $ 50.00 |
| Desk | Ikea Desk | Hailey's Desk | | | | |
| Keyboard | Logitech Wireless | Hailey's Desk | 1825DF008HD8 | | | |
| Monitor | Acer Computer Monitor | Hailey's Desk | MMTERAA00190204D152400 | | | |
| Monitor | LG 29UM50 Computer Monitor | Hailey's Desk | 803NTYT45034 | | | |
| Mouse | Logitech Wireless MS10 | Hailey's Desk | Black | | | |
| Phone | Yealink Phone | Hailey's Desk | | Leased | | |
| Tower | Pavilio Computer Monitor | Hailey's Desk | CNV821061X | | | |
| Chair | Black Leather Computer Chair | Upstairs Multi office | Black Leather | 2019 | $ 159.00 | $ 40.00 |
| File Organizer | Black Mesh Desktop 3 compartment file organizer | | | | $ 29.00 | $ 10.00 |
| Chair | Grey Modern Guest Chairs set of 2 | Lobby | Grey Chairs | 23-Mar | $ 538.20 | $ 300.00 |
| Table | Round Table | Lobby | Round Table | 23-May | $ 159.00 | $ 75.00 |
| Chair | Black Fabric | Lobby | | | | |
| Console | Grey Console Cabinet | Lobby | Wood Console Cabinet | 23-Mar | $ 399.00 | $ 300.00 |
| Sign | Welcome Sign | Lobby | Metal | 2019 | $ 35.00 | $ 25.00 |
| Shelf | Wood Decorative 4 tiered shelf | Sales Office | Black | 2014 | $ 100.00 | $ 50.00 |
| Desk | Ikea Black Desk | Sales Office | Black | 2016 | $ 159.00 | $ 50.00 |
| Table | Butcher Block Table with Hairpin legs | Sales Office | Butcher Block | 2022 | $ 400.00 | $ 200.00 |
| Cabinet | Cream Distressed 1 drawer & 1 shelf cabinet | Downstairs Restroom | Cream Distressed | 2015 | $ 129.00 | $ 30.00 |
| Cabinet | Small Dark Freestanding Cabinet | Upstairs Bathroom | Dark Faux Wood | 2023 | $ 99.00 | $ 25.00 |
| Chair | Office/Computer Chair | | Black | 2023 | $ 219.00 | $ 40.00 |
| Corkboard | 16"x18" corkboard | Front Office | | 2015 | $ 19.99 | $ 10.00 |
| Chairs | Set of 2 Swivel Grey Plush Chairs | Front Office | Grey Plush Chairs | 7/20/22023 | $ 459.80 | $ 300.00 |
| Desk | Grey Wood U-shaped Desk | Front Office | Grey | Aug-23 | $ 1,100.00 | $ 500.00 |
| File Organizer | Wire Mesh Wall Hanging 3 Compartment File Organizer | | Black | | $ 29.00 | $ 5.00 |
| File Organizer | Wire Mesh Wall Hanging File Organizer Single Compartment | | Black | | $ 15.00 | $ 5.00 |
| File Organizer | Wire Metal Desktop 6 Compartment File Organizer | | Black | | $ 39.00 | $ 5.00 |
| File Organizer | Wire Mesh Desktop 3 Compartment File Organizer | | Black | | $ 15.00 | $ 5.00 |
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |

| Item | Full Description | Location | Serial # or other identifier | Purchase Date | Original Price | Current Value (if known) |
|---|---|---|---|---|---|---|
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |
| File Organizer | Plastic Individual Stackable File Organizers | | Black | | $ 3.99 | $ 1.00 |
| Keyboard | Logitech wireless ergonomical keyboard | Receptionist | Black | | | |
| Label Maker | P-touch brother | Front Office | U63880C9Z586747 | | $ 59.00 | $ 25.00 |
| Monitor | 22" Samsung Computer Monitor | Receptionist | 522E450 | | | |
| Monitor | 22" Samsung Computer Monitor | Receptionist | 522D300 | | | |
| Mouse | Logitech Wireless Mouse | Receptionist | Black | | | |
| Mouse | Microsoft Wireless Mouse - Extra | Receptionist | | | | |
| Phone | Yealink Phone | | | Leased | | |
| Shelf | Wooden 3-shelved bookcase | Front Office | Gray | | $ 199.00 | $ 75.00 |
| Tower | Computer Tower | | CNV7020J1M | | | |
| Dry-Erase Board | Quartet Large Whiteboard | Downstairs Multi Office | | | $ 299.00 | $ 50.00 |
| Dry-Erase Board | Quartet Large Whiteboard | Downstairs Multi Office | | | $ 349.00 | $ 50.00 |
| File Organizer | Wire Mesh Wall Hanging File Organizer Single Compartment | | Black | | $ 19.00 | $ 5.00 |
| File Organizer | Wire Mesh Wall Hanging File Organizer Single Compartment | | Black | | $ 19.00 | $ 5.00 |
| File Organizer | Wire Mesh 4 Compartment Desktop Organizer | | Black | | $ 39.00 | $ 10.00 |
| File Organizer | Wire Mesh 3 Compartment Desktop Organizer | | Black | | $ 39.00 | $ 10.00 |
| Keyboard | Logitech Wireless Computer Keyboard MK710 | | SC91744 | | $ 60.00 | $ 5.00 |
| Laptop | HP Laptop - Device Name:LAPTOP-P1QKLQPG | | 0F0AEC25-FE1A-49E4-AAA6-C9A56A1236C2 | | $ 1,000.00 | $ 200.00 |
| Monitor | Samsung Monitor S24d300 | | ZZD2H4Z900781B | | | |
| Monitor | Samsung Monitor S24d300 | | ZZD2H4ZH900268E | | | |
| Mouse | Logitech Wireless Computer Mouse | | Black/Gray Combo | | | |
| Phone | Yealink Phone | | | Leased | | |
| Speakers | Dell Computer Speakers | | CN-0F6371-48220-5C7-00J6 | | | |
| Chairs | Set of 6 Swivel Grey Plush Chairs | Conference room | Grey Plush swivel | Mar-23 | $ 1,199.40 | $ 300.00 |
| Table | Long Faux wood Conference Table | Conference room | Table | 23-Feb | $ 150.00 | $ 100.00 |

**Fill in this information to identify the case:**

Debtor name    **Ben Fackler Construction, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Citizen's Bank**<br>Creditor's Name<br><br>**275 SW 3rd St**<br>**Corvallis, OR 97333**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2020**<br>**Last 4 digits of account number**<br>**2838** | Describe debtor's property that is subject to a lien<br>**Line of Credit. UCC-1 filed 02/26/2020. Collateral: all assets. 1st position. Citizen's Bank also holds a second position lien in the Debtor's Owner's real property with equity of over $300k.**<br><br>Describe the lien<br>**UCC-1 92196564**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $505,551.00 | $593,491.50 |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Fora Financial**<br>Creditor's Name<br><br>**PO Box 14480**<br>**Salem, OR 97309-0405**<br>Creditor's mailing address<br><br>**devan.banks@forafinancial<br>.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2025**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**UCC-1 filed 02/20/2025. Collateral: all assets. 3rd position. Hard money loan for $120,000. Balance as of May 7, 2025 believed to be $157,570.**<br><br>Describe the lien<br>**UCC-1**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $157,570.00 | $87,940.50 |

Debtor **Ben Fackler Construction, Inc.**      Case number (if known) _____

Name

**1784**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3**   **Lexon Insurance Co**      $0.00      $0.00

Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC-1 filed 11/19/2024. Collateral: all assets. 2nd position. Debtor believes Lexon is not owed any monies and schedules it as a precaution.**

**701 Brazos St Ste 1500**
**Austin, TX 78701**

Creditor's mailing address

**Describe the lien**
**UCC-1 94038749**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4**   **Tesla**      $8,625.00      $0.00

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Tesla Model 3. VIN: 5YJ3E1EA2PF694370. Lease**

**4550 Fremont Blvd**
**Fremont, CA 94538**

Creditor's mailing address

**Describe the lien**
**PMSI - Lease**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred
**2023**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5265**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.5**   **Wells Fargo Bank, N.A.**      $37,316.00      $22,847.00

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2022 Tesla Y. VIN: 7SAYGDEFXNF410965.**

**PO Box 10438 MAC**
**F8235-02F**
**Des Moines, IA 50306-0438**

Creditor's mailing address

**Describe the lien**

Debtor   **Ben Fackler Construction, Inc.**
_____   Case number (if known) _____
         Name

**PMSI**

**Is the creditor an insider or related party?**

_____

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$709,062.00** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Citizen's Bank**<br>**455 NE Baker St**<br>**McMinnville, OR 97128** | Line _2.1_ | |
| **Fora Financial**<br>**Attn: CEO, President, Officer**<br>**1385 Broadway 15th Flr**<br>**New York, NY 10018** | Line _2.2_ | |
| **Lexon Insurance Co**<br>**12890 Lebanon Rd**<br>**Mount Juliet, TN 37122-2870** | Line _2.3_ | |
| **Tesla**<br>**1 Tesla Rd**<br>**Austin, TX 78725** | Line _2.4_ | |

<table>
<tr><td colspan="2">
<strong>Fill in this information to identify the case:</strong>

Debtor name   **Ben Fackler Construction, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)
</td>
<td>☐ Check if this is an<br>amended filing</td></tr>
</table>

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims <span style="float:right">12/15</span>

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

<table><tr><td>Part 1:</td><td>List All Creditors with PRIORITY Unsecured Claims</td></tr></table>

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24,731.00** | **$24,731.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Federal Payroll Tax 2024 Q1** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Michael Pumputis**<br>**3355 E Fernwood Rd Apt 101**<br>**Newberg, OR 97132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred<br><br>**2023-2025** | Basis for the claim:<br>**Ex Employee. Asserts claim for improper reimbursements. Likely not a priority claimant. Currently holds a trailer without the Debtor's permission (see Schedule B) as of Jan, 2025.** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Debtor **Ben Fackler Construction, Inc.**        Case number (if known) _____
Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Oregon BOLI**
**1800 SW 1st Ave #500**
**Portland, OR 97201**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notification purposes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Oregon DCBS**
**Fiscal Section**
**350 Winter St NE #300**
**Salem, OR 97310**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notification purposes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,197.07 | $30,267.00 |

**Oregon Department of Revenue**
**ODR Bkcy**
**955 Center St NE**
**Salem, OR 97301-2555**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**12/31/2023-06/30/2024**

Basis for the claim:
**State Payroll Taxes. Distraint warrant recorded**
**with Yamhill County.**
**Claim amount as of March 11, 2025.**

Last 4 digits of account number **1518**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,200.00 | $30,200.00 |

**Oregon Department of Revenue**
**ODR Bkcy**
**955 Center St NE**
**Salem, OR 97301-2555**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Corporate Activity Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | **Ben Fackler Construction, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,600.00 | $39,600.00 |
|---|---|---|---|---|
| | **Oregon Department of Revenue**<br>**ODR Bkcy**<br>**955 Center St NE**<br>**Salem, OR 97301-2555** | | | |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Corporate Activity Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 | $20,000.00 |
|---|---|---|---|---|
| | **Oregon Department of Revenue**<br>**ODR Bkcy**<br>**955 Center St NE**<br>**Salem, OR 97301-2555** | | | |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Corporate Activity Taxes. Claim amount estimated.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Oregon Employment Department**<br>**875 Union Street NE**<br>**Salem, OR 97311** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notification purposes.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Yamhill County Clerk**<br>**414 NE Evans St**<br>**McMinnville, OR 97128** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notification purposes for potential personal property taxes** | | |
| | Last 4 digits of account number **6310**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Ben Fackler Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address**
**Aboveboard Electrical & Plumbing**
**1247 NW Grove Street Ste 2**
**Newport, OR 97365**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #24035 Lautenbach**

Is the claim subject to offset? ☐ No  ☐ Yes

**$4,048.95**

---

**3.2** | **Nonpriority creditor's name and mailing address**
**Accurate Installer Investments LLC**
**7503 NE 101st Street**
**Vancouver, WA 98662**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #22459 Mark Coultier**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,821.00**

---

**3.3** | **Nonpriority creditor's name and mailing address**
**Alisa Jacobson**
**325 SE Davis St**
**McMinnville, OR 97128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.4** | **Nonpriority creditor's name and mailing address**
**Allegiant Drywall LLC**
**2248 SW Taylor Dr**
**McMinnville, OR 97128**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job 23180.00**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,250.00**

---

**3.5** | **Nonpriority creditor's name and mailing address**
**Alpha Enviromental Services, Inc.**
**11080 SW Allen Blvd. Ste 100**
**Beaverton, OR 97005**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage - Job#24020 DRV**

Is the claim subject to offset? ■ No  ☐ Yes

**$947.25**

---

**3.6** | **Nonpriority creditor's name and mailing address**
**Alta Waterproof Decks LLC**
**2042 SE Sunnyside RD PMB 234**
**Clackamas, OR 97015**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #24020 DRV**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,816.25**

---

**3.7** | **Nonpriority creditor's name and mailing address**
**American Barricade**
**PO Box 1482**
**Eugene, OR 97440**

Date(s) debt was incurred  **11/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fence Rental Job #22462 ADP**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,253.30**

---

| Debtor | **Ben Fackler Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,195.00 |
|---|---|---|---|

**American Express Business**
PO Box 60189
City of Industry, CA 91716

Date(s) debt was incurred  **2023-2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,810.15 |
|---|---|---|---|

**American Marble & Granite, Inc.**
1900 SE 8th Ave
Camas, WA 98607

Date(s) debt was incurred  **04/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #22459 Mark Coultier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,962.00 |
|---|---|---|---|

**Angel Mendoza-Madrdid LLC**
538 NW Michaelbook Lane
McMinnville, OR 97128

Date(s) debt was incurred  **10/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #23011 Roskopf**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288,477.25 |
|---|---|---|---|

**Arbon Equipment Corporation**
25464 Network Place
Chicago, IL 60673-1254

Date(s) debt was incurred  **5/2022-11/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor/Multiple Projects**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,146.29 |
|---|---|---|---|

**Artector Inc**
7354 SE Johnson Creek Blvd
Portland, OR 97206

Date(s) debt was incurred  **10/2023-06/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #22173 OSV**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,543.50 |
|---|---|---|---|

**Atlas Flooring, LLC**
1302 SE 1st Ave
Battleground, WA 98604

Date(s) debt was incurred  **04/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #22318 Smith**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,608.00 |
|---|---|---|---|

**B & B Masonry, LLC.**
100 SW 195th Ave #114
Beaverton, OR 97006

Date(s) debt was incurred  **10/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #22173 OSV**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Ben Fackler Construction, Inc.**                                    Case number (if known) _____
_____
         Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,670.00 |

**3.15**

Nonpriority creditor's name and mailing address
**Baseler Electric LLC**
**PO Box 124**
**Turner, OR 97392**

Date(s) debt was incurred  **04/2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$2,670.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #24063 Allen Residence Remodel**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16**

Nonpriority creditor's name and mailing address
**Best Pots Inc**
**PO Box 444**
**Albany, OR 97321**

Date(s) debt was incurred  **09/2024**

Last 4 digits of account number  **FACKLERCON**

As of the petition filing date, the claim is: Check all that apply.                    **$135.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17**

Nonpriority creditor's name and mailing address
**Bittner, Hahs, Postma & Swan**
**4949 Meadows Rd Ste 260**
**Lake Oswego, OR 97035**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notification purposes. Attorney.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18**

Nonpriority creditor's name and mailing address
**Bob Simonyi**
**35505 NE Wilsonville Road**
**Newberg, OR 97132**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19**

Nonpriority creditor's name and mailing address
**Bottom Line Concepts LLC**
**3323 NE 163rd Street, Ste 302**
**North Miami Beach, FL 33160**

Date(s) debt was incurred  **02/2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$107,540.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax Specialists ERC Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20**

Nonpriority creditor's name and mailing address
**Brenda Payne**
**219 W Washington St**
**Carlton, OR 97111**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21**

Nonpriority creditor's name and mailing address
**Brockman Painting**
**16350 SW Delashmutt Lane**
**McMinnville, OR 97128**

Date(s) debt was incurred  **05/2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Multiple Projects. Supplier/Vendor.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Ben Fackler Construction, Inc.**                                    Case number (if known) _____
Name

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**3.22** **Nonpriority creditor's name and mailing address**
**Brownstein Rask LLP**
**SW Columbia St, Ste 900**
**Portland, OR 97204**

Date(s) debt was incurred _____

Last 4 digits of account number **3001**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees (ADP Dispute)**

Is the claim subject to offset? ■ No   ☐ Yes

**$10,995.14**

---

**3.23** **Nonpriority creditor's name and mailing address**
**Builders First Source**
**PO Box 35143 #1019**
**Seattle, WA 98124-5143**

Date(s) debt was incurred **2023-2024**

Last 4 digits of account number **0255**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Supplier**

Is the claim subject to offset? ■ No   ☐ Yes

**$3,980.06**

---

**3.24** **Nonpriority creditor's name and mailing address**
**Building Material Specialties, Inc.**
**201 SW Spring St**
**Hillsboro, OR 97123**

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Suppllier**

Is the claim subject to offset? ■ No   ☐ Yes

**$4,628.13**

---

**3.25** **Nonpriority creditor's name and mailing address**
**CalPortland**
**PO Box 3601**
**Seattle, WA 98124**

Date(s) debt was incurred **12/2024**

Last 4 digits of account number **0090**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor Job #24044 Sprock Patio Cover**

Is the claim subject to offset? ■ No   ☐ Yes

**$1,208.15**

---

**3.26** **Nonpriority creditor's name and mailing address**
**Canon Financial Services**
**158 Gaither Drive, Ste 200**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred **2023-2025**

Last 4 digits of account number **3941**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Finances office equipment lease - copiers, printers, and phone system - with Pacific Office Automation.**

Is the claim subject to offset? ■ No   ☐ Yes

**$5,825.60**

---

**3.27** **Nonpriority creditor's name and mailing address**
**Cardone Ventures, LLC**
**203 SE Park Plaza Dr #270**
**Vancouver, WA 98684**

Date(s) debt was incurred **11/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Business Development Program. Unknown amount claimed to be owed from 11/2024.**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.28** **Nonpriority creditor's name and mailing address**
**Carrie Shelbourne**
**29175 Salmon River Hw**
**Grande Ronde, OR 97347**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

Debtor **Ben Fackler Construction, Inc.**                Case number (if known) _____

_____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.29**

Nonpriority creditor's name and mailing address
**Carver Construction LLC**
**14845 SW Murray-Scholls Dr Ste 110**
**PMB 401**
**Beaverton, OR 97008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address
**Cash Flow Manaagement**
**PO Box 42407**
**Portland, OR 97242**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **2680**

As of the petition filing date, the claim is: Check all that apply.                $8,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit collection company for Parker Concrete Account; asserts fees.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address
**Castle Masonry & Restoration LLC**
**14841 SW Tualatin-Sherwood Rd# 503**
**Sherwood, OR 97140**

Date(s) debt was incurred  **08/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $9,004.56

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontactor Job #23275 Alexana/Retainage**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address
**Chase Business**
**PO Box 6294**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **2022-2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $17,560.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33**

Nonpriority creditor's name and mailing address
**Cintas Corporation**
**045 N. Ramsey Blvd**
**Portland, OR 97203**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **9177**

As of the petition filing date, the claim is: Check all that apply.                $1,465.09

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uniform Rental Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34**

Nonpriority creditor's name and mailing address
**City of McMinnville**
**Kent L. Taylor Civic Hall**
**230 NE 2nd St**
**Attn: Legal Department**
**McMinnville, OR 97128**

Date(s) debt was incurred __

Last 4 digits of account number  **Any Door Place (ADP) Project**

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Contract Default.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.35**

Nonpriority creditor's name and mailing address
**Clint Bergmann**
**3282 NW Grenfell Loop**
**McMinnville, OR 97128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Ben Fackler Construction, Inc.**                                    Case number (if known) _____
_____
         Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.00 |
|---|---|---|---|

**Copy Cats**
**1567 Edgewater NW**
**Salem, OR 97304**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Copier Store**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Core & Main LP**
**1830 Craig Park Ct**
**Saint Louis, MO 63146**

Date(s) debt was incurred  __03/13/2025__
Last 4 digits of account
number  __Celestial Hill Project__

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **525 NE 3rd St 97128. Supplier for Wyatt Fire Protection, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,524.00 |
|---|---|---|---|

**Coyan Corder Construction**
**1656 SW Tamarack St**
**McMinnville, OR 97128**

Date(s) debt was incurred  __04/2023__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #22318 Smith**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,161.78 |
|---|---|---|---|

**CS1 Real Interior, Inc.**
**21785 SW Tualatin Valley Hwy Unit N**
**Hillsboro, OR 97006**

Date(s) debt was incurred  __07/2024__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Multiple Projects**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,447.93 |
|---|---|---|---|

**Custom Kitchen Renovations**
**11120 SW Industrial Way Bldg 9-4**
**Tualatin, OR 97062**

Date(s) debt was incurred  __04/2024__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #23011 Roskopf. State Court Action 25CV26640 and 25SC10825**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,658.00 |
|---|---|---|---|

**Customline Shower Co**
**Attn: Mark Lindquist**
**5865 SW Jean Rd**
**Lake Oswego, OR 97035**

Date(s) debt was incurred  __10/2024__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #23011 Roskopf. In connection with lawsuit Customline Shower Co v. Ben Fackler Construction, Inc. 25SC03143. Breach of contract. Small claim suit settled by mediation.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,896.58 |
|---|---|---|---|

**D&S Concrete Construction Inc**
**735 3rd St**
**Dayton, OR 97114**

Date(s) debt was incurred  __07/2024__

Last 4 digits of account number  __6404__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice of Claim dated March 18, 2025 regarding the AnyDoor Place Project. Promissory Note.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Ben Fackler Construction, Inc.**                                  Case number (if known) _____

Name

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dale Sprock**
**1057 SW Courtney Laine Drive**
**McMinnville, OR 97128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant. Included for notification purposes.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Damian Lillard Toyota**
**3142 NE Doran Drive**
**McMinnville, OR 97128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant. Included for notification purposes.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dana Leach**
**39605 Coast Creek Rd**
**Willamina, OR 97396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant. Included for notification purposes.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dave Dorshimer**
**305 Rice Lane**
**Amity, OR 97101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant. Included for notification purposes.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David & Marilynn Rhodes**
**7528 SW 64th Pl**
**Portland, OR 97129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant. Included for notification purposes.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$503.12** |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __3739__

**Basis for the claim:** __Former office equipment lease (replaced by Canon Financial Services).__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Ben Fackler Construction, Inc.**                              Case number (*if known*)
_____                    _____
         Name

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$850.00** |

**3.49** | **Nonpriority creditor's name and mailing address**

**DG3, Inc DBA Dallas Glass**
**111 50th Ave NW**
**Salem, OR 97304**

Date(s) debt was incurred  **10/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$850.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**

**Domaine Drouhin**
**6750 NE Breyman Orchards Rd**
**Dayton, OR 97114**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**

**Dru Allen**
**17425 NE Hillside Dr**
**Newberg, OR 97132**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address**

**Elena Murray**
**865 SW Upland Drive**
**Dundee, OR 97115**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

**Fackler Properties, LLC**
**PO Box 194**
**McMinnville, OR 97128**

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$85,985.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

**Farnham Electric Company**
**PO Box 7**
**McMinnville, OR 97128**

Date(s) debt was incurred  **09/2024-11/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$18,946.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electric services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

**Ford Motor Credit Company, LLC**
**c/o AIS Portfolio Services, LLC**
**4515 N Santa Fe Ave Dept APS**
**Oklahoma City, OK 73118**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **May, 2025, Ford Repossessed a 2020 Ram 1500. VIN: 3C6TRVBG3LE102468.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ben Fackler Construction, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Four on Third LLC**
**Attn: CEO, President, Officer**
**1970 NW Garris Ln**
**McMinnville, OR 97128**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Breach of contract, default, abandonment of work**

Last 4 digits of account
number  **Celestial Hill Project**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,480.00 |
|---|---|---|---|

**Frank Gay Commercial Services**
**3763 Mercy Star Court**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenn Kuhn**
**1826 NE 74th St**
**Lincoln City, OR 97637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,399.30 |
|---|---|---|---|

**Gore Electric Company**
**24658 SW Daniel Road**
**Beaverton, OR 97078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2024**

Basis for the claim:  **Subcontractor Job #23275 Alexana**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HBPHS**
**10601 SE Loop Rd**
**Dayton, OR 97114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,200.00 |
|---|---|---|---|

**Hi-Grade Painting LLC**
**4640 SW Pacific Blvd**
**Albany, OR 97321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2024**

Basis for the claim:  **Subcontractor Job #23011 Roskopf; Claim No. 45K007405.1**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Highley & Son Concrete Inc**
**5450 Edelweiss Lane**
**Dayton, OR 97114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Subcontractor Multiple Projects**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ben Fackler Construction, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,698.00** |
|---|---|---|---|
| | **Hilton Plumbing and Mechanical LLC**<br>**2702 Crater Ln**<br>**Newberg, OR 97132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **06/2024** | Basis for the claim:  **Subcontractor Multiple Projects** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|
| | **Home Depot**<br>**PO Box 790420**<br>**St Louis, MO 63179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2023-2024** | Basis for the claim:  **Revolving Material Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$612.28** |
|---|---|---|---|
| | **Honey Bucket**<br>**PO Box 73399**<br>**Puyallup, WA 98373-0399** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **09/2024** | Basis for the claim:  **Porta-potty Service Provider** | |
| | Last 4 digits of account number  **9781** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97.50** |
|---|---|---|---|
| | **InCorp Services, Inc.**<br>**PO Box 94438**<br>**Las Vegas, NV 89193-4438** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/2023** | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,122.26** |
|---|---|---|---|
| | **Innova NW**<br>**1396 Alpha Dr**<br>**McMinnville, OR 97128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2023-2024** | Basis for the claim:  **Subcontractor Multiple Projects** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,925.37** |
|---|---|---|---|
| | **Ironhead Roofing LLC**<br>**515 NE Elliott Cir**<br>**Corvallis, OR 97330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **06/2024** | Basis for the claim:  **Subcontractor Job #22462 Any Door Project (ADP)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Jan Brandon**<br>**7090 SE Booth Bend Rd**<br>**McMinnville, OR 97128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claimant. Included for notification purposes.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Ben Fackler Construction, Inc.**
_____
Name

Case number (if known) _____

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jed Conradi**
**6324 NE Hazel Dell**
**Vancouver, WA 98065**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jenny Morrison**
**2830 NE 47th Ave**
**Portland, OR 97213**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,000.00** |
|---|---|---|---|

**Jeremy Rhodes Construction LLC**
**637SW Keck Drive #114**
**McMinnville, OR 97128**

**Date(s) debt was incurred** **01/2024**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Subcontractor Multiple Projects**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,800.00** |
|---|---|---|---|

**Jet Industries, Inc.**
**1935 Silverton Rd SE**
**Salem, OR 97301**

**Date(s) debt was incurred** **03/2024**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Subcontractor Job #22173 Olde Stone Village Project (OSV)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**John Lautenbach**
**511 SW 48th St**
**Lincoln City, OR 97367**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Jones Roth CPAs & Business Advisors**
**PO Box 10086**
**Eugene, OR 97440**

**Date(s) debt was incurred** **2022-2023**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Accountant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**JTR Insulation LLC**
**2341 NE Cowls Ct**
**McMinnville, OR 97128**

**Date(s) debt was incurred** **05/2023**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Ben Fackler Construction, Inc.**
_____
Name

Case number (if known) _____

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kathy Kernberger**
**2181 NW Doral St**
**McMinnville, OR 97128**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |

**Keeping Up With the Jones LLC**
**555 Blossom Dr NE**
**Salem, OR 97305**

Date(s) debt was incurred  **01/2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #24012**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kurt Amundson**
**2600 NE McDonald Lane**
**McMinnville, OR 97128**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,825.56 |

**Lakeside Lumber**
**10600 SW Tualatin-Sherwood Rd**
**Tualatin, OR 97062**

Date(s) debt was incurred  **09/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Suppllier. Construction lien recorder number 202503039**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Laser Facility Management**
**760 S Main St**
**Dallas, OR 97338**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Liberty Mutual Surety**
**c/o US Core Contract West**
**PO Box 34526**
**Seattle, WA 98124-1526**

Date(s) debt was incurred __

Last 4 digits of account number  **6640**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Bond claims for Any Door Project (ADP).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Linda Child**
**841 SW Goucher**
**McMinnville, OR 97128**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Ben Fackler Construction, Inc.**    Case number (if known) _____
_____
Name

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,282.58** |
|---|---|---|---|

**Lowes LAR**
**PO Box 669824**
**Dallas, TX 72556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

**Basis for the claim:  Revolving Material Account**

Last 4 digits of account number  **6691**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,597.01** |
|---|---|---|---|

**Lowes LAR**
**PO Box 669824**
**Dallas, TX 72556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

**Basis for the claim:  Revolving Material Account**

Last 4 digits of account number  **4789**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maintain Northwest**
**Attn: Joshua Simonson**
**PO Box 471**
**McMinnville, OR 97128**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/13/2024**

**Basis for the claim:  Subcontractor - no monies owed**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark and Vickie Roskopf**
**4533 SW Coast Ave, Lincoln**
**Lincoln City, OR 97367**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Customer on Job #23011. CCB Claim filed against Debtor.**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Roskopf**
**4533 SW Coast**
**Lincoln City, OR 97367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Potential warranty claimant. Included for notification purposes.**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,660.74** |
|---|---|---|---|

**McMenamins, Hotel Oregon**
**310 NE Evans Street**
**McMinnville, OR 97128**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/13/2024**

**Basis for the claim:  Construction site adjacency damage and potential workers compensation claim.**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,855.00** |
|---|---|---|---|

**McMinnville Commercial Cleaners**
**1531 NW Adisyn Lane**
**McMinnville, OR 97128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

**Basis for the claim:  Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Ben Fackler Construction, Inc.** _____   Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Mike's Heating & Air Conditioning**<br>**113 41st Ave SE**<br>**Albany, OR 97322**<br><br>Date(s) debt was incurred  __05/2024__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Subcontractor Multiple Projects__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$29,093.95** |

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Miller Paint Co**<br>**12812 NE Whitaker Way**<br>**Portland, OR 97230-1109**<br><br>Date(s) debt was incurred  __2020__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Credit application. Included for notification purposes.__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Mills & Nebraska**<br>**2721 Regent Ave**<br>**Orlando, FL 32804**<br><br>Date(s) debt was incurred  __12/2023__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __Subcontractor MF Lakeland Project.__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**MSJ Inc dba Mikes Heating and Air**<br>**Attn: Lance Dutcher, President**<br>**PO Box 748**<br>**Albany, OR 97321**<br><br>Date(s) debt was incurred  __December, 2024__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Promissory Note.__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$34,158.96** |

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Mt. Hood Corporations Inc**<br>**38862 Proctor Blvd**<br>**Sandy, OR 97055**<br><br>Date(s) debt was incurred  __05/2024__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Subcontractor Job #22462 ADP__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,860.30** |

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**Munsen Paving**<br>**120 Steelhead Way**<br>**The Dalles, OR 97058**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __Subcontractor__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,600.00** |

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**MyPlumberNow**<br>**320 SE Booth Bend Rd Ste B**<br>**McMinnville, OR 97128**<br><br>Date(s) debt was incurred  __02/2024__<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Subcontractor Job #22173 OSV__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,000.00** |

Debtor    **Ben Fackler Construction, Inc.**                                    Case number (if known) _____
      Name

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,817.00** |
|---|---|---|---|

**Newberg Steel and Fabrication Inc**
**23995 N Hwy 99W**
**Newberg, OR 97132**

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Olde Stone Village NW, LLC**
**4155 Three Mile Ln**
**McMinnville, OR 97128**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **0001**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Olde Stone Village RV Expansion Project. Breach of subcontractor contracts.**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,245.00** |
|---|---|---|---|

**Ole Bergman Excavating, Inc.**
**1901 S. Church Street**
**Dallas, OR 97338**

Date(s) debt was incurred  **07/2023**

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,674.00** |
|---|---|---|---|

**Oregon City Garage Door**
**6000 SE Evelyn St**
**Clackamas, OR 97015**

Date(s) debt was incurred  **10/2024**

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Subcontractor Job #23275 Alexana**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Oregon Construction Contractor Board**
**201 High St SE Unit 600**
**Salem, OR 97301**

Date(s) debt was incurred _

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **For notification purposes**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,753.00** |
|---|---|---|---|

**OreVac West, Inc.**
**PO Box 545**
**Amity, OR 97101**

Date(s) debt was incurred  **10/2023**

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Subcontractor Job #22173 OSV**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pacific Office Automation**
**14747 NW Greenbrier Pkwy**
**Beaverton, OR 97006**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Office Equipment Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Ben Fackler Construction, Inc.**                                Case number (*if known*)  _____
          _____
          Name

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,948.00 |

**Parkson Corporation**
**PO Box 737090**
**Dallas, TX 75373-7090**

Date(s) debt was incurred  **07/2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor/Supplier**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,695.00 |

**Parr Lumber Company**
**630 NW Century Blvd**
**Hillsboro, R, 97124**

Date(s) debt was incurred  **07/2024-10/2024**

Last 4 digits of account number  **9476**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor/Supplier**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,930.00 |

**Pfeifer Roofing**
**4835 Ridge Dr NE**
**Salem, OR 97301**

Date(s) debt was incurred  **06/2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Subcontractor Job #22462 ADP**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,721.75 |

**Piper Enterprises Inc.**
**835 SE Sheridan RD**
**Sheridan, OR 97378**

Date(s) debt was incurred  **05/2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Subcontractor Job #24012 4 on 3rd**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,658.24 |

**Plumbing 101, LLC**
**2925 NW Port Ave**
**Lincoln City, OR 97367**

Date(s) debt was incurred  **07/2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Subcontractor Job # 23011 Roskopf**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Portland Heights Condominiums**
**c/o Chris Wilkes**
**2425 SW 19th Ave**
**Portland, OR 97201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant. Included for notification purposes.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,050.00 |

**Portland Millwork Inc.**
**29600 SW Seely Ave**
**Wilsonville, OR 97070**

Date(s) debt was incurred  **06/20214**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor/Supplier**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Ben Fackler Construction, Inc.**                                    Case number (if known) _____
_____
         Name

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,435.00 |

3.112   Nonpriority creditor's name and mailing address
**Precision Countertop Inc.**
**6200 SW 95th Ave Ste 303**
**Wilsonville, OR 97070**

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$2,435.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.113   Nonpriority creditor's name and mailing address
**Primisys**
**331 NE Baker St**
**McMinnville, OR 97128**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT/VPN Provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.114   Nonpriority creditor's name and mailing address
**Pro Side Construction LLC**
**16267 Abiqua Lane NE**
**Silverton, OR 97381**

Date(s) debt was incurred  **10/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$90,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Multiple Projects**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.115   Nonpriority creditor's name and mailing address
**R & R Drywall & Acoustics Inc**
**412 NW Heather Ave**
**Sublimity, OR 97385**

Date(s) debt was incurred  **07/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$2,832.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job # 22173 OSV**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.116   Nonpriority creditor's name and mailing address
**Recology Western Oregon**
**1850 NE Lafayette Ave**
**McMinnville, OR 97128**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **9910**

As of the petition filing date, the claim is: Check all that apply.          **$6,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Waste Disposal Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.117   Nonpriority creditor's name and mailing address
**Republic Services**
**PO Box 78829**
**Phoenix, AZ 85062-8829**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **5772**

As of the petition filing date, the claim is: Check all that apply.          **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Waste Disposal Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.118   Nonpriority creditor's name and mailing address
**Revana Family Partners LP**
**2930 St Helena Hwy**
**Saint Helena, CA 94574**

Date(s) debt was
incurred  **Complaint filed 03/10/2025**

Last 4 digits of account
number  **Alexana Winery Project**

As of the petition filing date, the claim is: Check all that apply.          **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of subcontractor contracts**

Is the claim subject to offset? ☐ No  ■ Yes

Debtor **Ben Fackler Construction, Inc.**        Case number (if known) _____
<br>Name

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,446.22** |
|---|---|---|---|

**Rodda Paint**
**6107 N Marine DR**
**Portland, OR 97203-6409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **3611**

Basis for the claim:  **Vendor/Supplier, multiple projects**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,809.06** |
|---|---|---|---|

**SAIF**
**PO Box 8026**
**Stevens Point, WI 54481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2025**

Last 4 digits of account number  **6026**

Basis for the claim:  **McMenamins Workers Compensation Claim / Vendor/Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,352.80** |
|---|---|---|---|

**Salem Heating and Sheet Metal, Inc.**
**1225 22nd St SE**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2024**

Last 4 digits of account number  _

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,161.07** |
|---|---|---|---|

**Salinas Pro Works LLC**
**370 N 16th Ave**
**Cornelius, OR 97113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2024**

Last 4 digits of account number  _

Basis for the claim:  **Subcontractor Multiple Projects**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,830.00** |
|---|---|---|---|

**Sawtooth Caulking Inc**
**1445 NE Miller Street Ste 1**
**McMinnville, OR 97128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2025**

Last 4 digits of account number  _

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Sherwin Williams**
**1217 NE Burnside Ste 102**
**Gresham, OR 97030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **7689**

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,872.65** |
|---|---|---|---|

**Sokol Larkin**
**4380 S Macadam Ave**
**Portland, OR 97239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **9801**

Basis for the claim:  **Mediator for Anydoor Place Project mediation and settlement. Asserts legal fees.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Ben Fackler Construction, Inc.**                    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$925.00** |

3.126 | **Nonpriority creditor's name and mailing address**

**Solid Structure NW Inc**
**15680 SE Monner Rd**
**Happy Valley, OR 97086**

Date(s) debt was incurred  **08/2024**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.  **$925.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage - Job#24020 DRV**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.127 | **Nonpriority creditor's name and mailing address**

**SW Polk Fire District**
**15455 Salt Creek Rd**
**Dallas, OR 97338**

Date(s) debt was incurred  **September, 2024**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.  **$2,600,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **In connection with lawsuit Southwestern Polk County Rural Fire Protection District v. Ben Fackler Construction, Inc. 24CV46386. Claim no. 4275449.**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.128 | **Nonpriority creditor's name and mailing address**

**T&L Chemical Toilet Service LLC**
**4195 Highway 101 N**
**Tillamook, OR 97141**

Date(s) debt was incurred  **11/2024**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.  **$250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Porta Potty Service Provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.129 | **Nonpriority creditor's name and mailing address**

**Tanktemp Control LLC**
**38875 Southwest Laurelwood Rd**
**Gaston, OR 97119**

Date(s) debt was incurred  **07/2024**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.  **$3,965.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #23275 Alexana Winery**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.130 | **Nonpriority creditor's name and mailing address**

**Tenacity Construction LLC**
**1647 SW Fellows St**
**McMinnville, OR 97128**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.  **$2,100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.131 | **Nonpriority creditor's name and mailing address**

**The Brothers Steel LLC**
**8200 SW 16th Place**
**Gainesville, FL 32607**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.  **$20,577.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.132 | **Nonpriority creditor's name and mailing address**

**The Signatry**
**7171 W 95th St STE 501**
**Overland Park, KS 66212-2254**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: Check all that apply.  **$1,880.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor Job #24020 DRV - Staging**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Ben Fackler Construction, Inc.**                                    Case number *(if known)* _____

Name

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,800.00** |
|---|---|---|---|

**Three Rocks Electric & Plumbing**
**PO Box 1076**
**Neotsu, OR 97364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2024**

Last 4 digits of account number  ____

Basis for the claim:  **Subcontactor Job #23011 Roskopf**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,550.00** |
|---|---|---|---|

**Torgerson Painting & Wall Covering, LLC**
**6400 SE 101st Ave Ste 206**
**Portland, OR 97266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2024**

Last 4 digits of account number  ____

Basis for the claim:  **Subcontractor Job #23275 Alexana**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,373.40** |
|---|---|---|---|

**Trinity Flooring, Inc.**
**15500 SW 72nd Ave Ste 200**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2024**

Last 4 digits of account number  ____

Basis for the claim:  **Project at 327 NE Adams St McMinnville, OR 97128. Claim Pursuant to ORS279C.605 public bonds work no. 670764C and payment bond no. 023226640.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,960.00** |
|---|---|---|---|

**TT&L Sheet Metal, Inc**
**6585 SW Fallbrook Place**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2024**

Last 4 digits of account number  ____

Basis for the claim:  **Subcontractor Job # 23266**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,500.00** |
|---|---|---|---|

**Umpqua Bank**
**PO Box 790408**
**St Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  ____

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**United Site Services**
**PO Box 660475**
**Dallas, TX 75266-0475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  ____

Basis for the claim:  **Porta Potty Service Provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196,113.00** |
|---|---|---|---|

**US West Corporation**
**1390 N Old Pacific Hwy**
**Myrtle Creek, OR 97457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2024**

Last 4 digits of account number  ____

Basis for the claim:  **Subcontractor Multiple Projects**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ben Fackler Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$425.00** |
|---|---|---|---|

**Valvoline LLC**
PO Box 74008513
Chicago, IL 60674-8513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2024**

Last 4 digits of account number  **9049**

Basis for the claim:  **Oil Change Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$576.00** |
|---|---|---|---|

**Verizon Connect Fleet USA, LLC**
PO Box 15043
Albany, NY 12212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  **0740**

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,775.28** |
|---|---|---|---|

**Willamette Valley Tile Inc**
353 63rd Ave NE
Salem, OR 97317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2024**

Last 4 digits of account number  **_**

Basis for the claim:  **Subcontractor Multiple Projects**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,000.00** |
|---|---|---|---|

**Williams Scotsman, Inc.**
P. O. Box 91975
Chicago, IL 60693-1975

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  **8541**

Basis for the claim:  **Mobile Office Rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$413,691.00** |
|---|---|---|---|

**Wurdinger Excavation**
7030 Homestead Ln
Monmouth, OR 97361-9300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  **6403**

Basis for the claim:  **Subcontractor. Claim amount includes amount stated in Notice of Claim dated February 21, 2025 regarding the AnyDoor Place Project.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,890.00** |
|---|---|---|---|

**Wyatt Fire Protection, Inc.**
9095 SW Burnham
Portland, OR 97223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2024**

Last 4 digits of account number  **Celestial Hill Project**

Basis for the claim:  **Subcontractor Multiple Projects**

Is the claim subject to offset? ☐ No  ■ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Ben Fackler Construction, Inc.** | Case number (if known) | |
|--------|-----------------------------------|------------------------|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | **Anchor Insurance & Surety Inc.**<br>**PO Box 2808**<br>**Portland, OR 97208** | Line **3.99**<br>☐ Not listed. Explain ____ | **ON01** |
| 4.2 | **AnyDoor Place**<br>**McMinnville Navigation Center**<br>**327&329 SW Adams St**<br>**McMinnville, OR 97128** | Line **3.144**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **AnyDoor Place**<br>**McMinnville Navigation Center**<br>**327&329 SW Adams St**<br>**McMinnville, OR 97128** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **BFS Group LLC**<br>**Controlled Collections Dept**<br>**5620 112th St Ste 126**<br>**Puyallup, WA 98373** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Builders First Source**<br>**2001 Bryan St Ste 1600**<br>**Dallas, TX 75201** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Builders First Source**<br>**45 OR-99W**<br>**McMinnville, OR 97128** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Carver Construction LLC**<br>**25755 NE Melott Rd**<br>**Hillsboro, OR 97123** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Castle Masonry LLC**<br>**6525 SW Dori Ct**<br>**Beaverton, OR 97008** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Celestial Hill Vineyard LLC**<br>**Attn: CEO, President, Officer**<br>**521 NE 3rd St**<br>**McMinnville, OR 97128** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Celestial Hill Vineyard LLC**<br>**Attn: CEO, President, Officer**<br>**1970 NW Garris Ln**<br>**McMinnville, OR 97128** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Central Support**<br>**Personal Tax and Compliance**<br>**955 Center St NE**<br>**Salem, OR 97301-2555** | Line **2.5**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **City of McMinnville**<br>**CDD Special Projects Manager**<br>**231 NE Fifth Street**<br>**McMinnville, OR 97128** | Line **3.135**<br>☐ Not listed. Explain ____ | _ |

Debtor **Ben Fackler Construction, Inc.**

_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 **City of McMinnville**<br>**CDD Special Projects Manager**<br>**231 NE Fifth Street**<br>**McMinnville, OR 97128** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **CMG Concrete LLC**<br>**18225 Dahlager St**<br>**Sandy, OR 97055** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Core & Main, LP**<br>**c/o Irena Mijic, Atty**<br>**PO Box 24101**<br>**Cleveland, OH 44124** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **CS1 Real Interiors, Inc.**<br>**102 NE Atlantic Pl**<br>**Hillsboro, OR 97124** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **Dunn Carney LLP**<br>**Attn: William R. Joseph**<br>**851 SW 6th Ave #1500**<br>**Portland, OR 97204** | Line **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Four on Third LLC**<br>**Attn: CEO, President, Officer**<br>**1970 NW Garris Ln**<br>**McMinnville, OR 97128** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.19 **Four on Third LLC**<br>**c/o Stoel Rives, LLP**<br>**760 SW Ninth Ave Ste 3000**<br>**Portland, OR 97205** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.20 **Friedrich & Dishaw**<br>**Attn: Paul K. Friedrich**<br>**92 Lenora Street #119**<br>**Seattle, WA 98121** | Line **3.127**<br>☐ Not listed. Explain ____ | _ |
| 4.21 **Gore Electric Company**<br>**24658 SW Daniel Rd**<br>**Beaverton, OR 97007** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |
| 4.22 **Hilton Plumbing Co**<br>**2702 Crater Ln**<br>**Newberg, OR 97132** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |
| 4.23 **James Fackler**<br>**1396 NE Alpha Drive**<br>**McMinnville, OR 97128** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.24 **Jeremy Rhodes Construction, LLC**<br>**1233 NE 12th Ave**<br>**McMinnville, OR 97128** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |

Debtor **Ben Fackler Construction, Inc.**      Case number (if known) _____
_____
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.25 **Lakeside Lumber**<br>**c/o Domaine Drouhin Oregon Inc**<br>**6750 NE Breyman Orchards Rd**<br>**Dayton, OR 97114** | Line **3.80**<br>☐ Not listed. Explain ____ | _ |
| 4.26 **Liberty Mutual Surety**<br>**Attn: CEO, President, Officer**<br>**1001 4th Ave Ste 3800**<br>**Seattle, WA 98154** | Line **3.82**<br>☐ Not listed. Explain ____ | _ |
| 4.27 **Maggie Dennett**<br>**Suspension/Collections Officer**<br>**PO Box 14140**<br>**Salem, OR 97309-5052** | Line **3.102**<br>☐ Not listed. Explain ____ | maggie.dennett@ccb.oregon.gov |
| 4.28 **Market Contractors LTD**<br>**10250 NE Marx St**<br>**Portland, OR 97220** | Line **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.29 **McMenamins**<br>**Attn: CEO, President, Officer**<br>**420 NW 3rd St**<br>**Corvallis, OR 97330** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.30 **Michael D. Montag**<br>**6000 Meadows Rd Ste 500**<br>**Lake Oswego, OR 97035** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.31 **MSJ Inc dba Mikes Heating and Air**<br>**c/o Dallas V. Garner**<br>**130 1st Ave W PO Box 667**<br>**Albany, OR 97321** | Line **3.94**<br>☐ Not listed. Explain ____ | _ |
| 4.32 **MyPlumberNow LLC**<br>**320 SE Booth Bend Rd Ste B**<br>**McMinnville, OR 97128** | Line **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.33 **Olde Stone Village NW, LLC**<br>**c/o William R. Joseph**<br>**851 SW Sixth Ave. Ste 1500**<br>**Portland, OR 97204** | Line **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.34 **Oregon City Garage Door LLC**<br>**16000 SE Evelyn St**<br>**Clackamas, OR 97015** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |
| 4.35 **Oregon Pacific Construction, Inc.**<br>**180 S Pacific Hwy**<br>**Woodburn, OR 97071** | Line **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.36 **Paul Brewer**<br>**c/o Olde Stone Village NW, LLC**<br>**PO Box 6956**<br>**Laguna Niguel, CA 92607** | Line **3.99**<br>☐ Not listed. Explain ____ | _ |

Debtor **Ben Fackler Construction, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.37 **Pro Side Construction LLC**<br>**16267 Abiqua Lane NE**<br>**Silverton, OR 97381** | Line **3.118**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 **Pro Side Construction LLC**<br>**16267 Abiqua Lane NE**<br>**Silverton, OR 97381** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 **Revana Family Partners, LP**<br>**c/o Stoel Rives LLP**<br>**760 SW Ninth Ave Ste 3000**<br>**Portland, OR 97205** | Line **3.118**<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 **S&S Contractors, LLC**<br>**dba Solid Structures**<br>**2360 Meadow Ln**<br>**Woodburn, OR 97071** | Line **3.118**<br><br>☐ Not listed. Explain ____ | _ |
| 4.41 **SSJH, LLP**<br>**Attn: Anderson Beals & Justin Thorp**<br>**PO Box 2247**<br>**Salem, OR 97308** | Line **3.127**<br><br>☐ Not listed. Explain ____ | _ |
| 4.42 **The Cincinnati Insurance Cos**<br>**PO Box 2245**<br>**Longview, WA 98632-8320** | Line **3.127**<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 **The GLB Attorneys**<br>**Attn: Alejandra Torres**<br>**7455 SW Bridgeport Rd Ste 235**<br>**Portland, OR 97224** | Line **3.127**<br><br>☐ Not listed. Explain ____ | _ |
| 4.44 **Torgeson, Inc.**<br>**222 SW Washington**<br>**Albany, OR 97321** | Line **3.118**<br><br>☐ Not listed. Explain ____ | _ |
| 4.45 **US Core Contract West**<br>**Attn: Hyung Lim**<br>**PO Box 34526**<br>**Seattle, WA 98124-1526** | Line **3.144**<br><br>☐ Not listed. Explain ____ | **6640** |
| 4.46 **US Core Contract West**<br>**Attn: Hyung Lim**<br>**PO Box 34526**<br>**Seattle, WA 98124-1526** | Line **3.42**<br><br>☐ Not listed. Explain ____ | **6640** |
| 4.47 **US West Corporation**<br>**1390 N Old Pacific Hwy**<br>**Myrtle Creek, OR 97457** | Line **3.99**<br><br>☐ Not listed. Explain ____ | _ |
| 4.48 **Williams, Kastner & Gibbs, PLLC**<br>**805 SW Broadway Ste 2440**<br>**Portland, OR 97205** | Line **3.135**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Ben Fackler Construction, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.49 **Wurdinger Excavation**<br>**7030 Homestead Ln**<br>**Monmouth, OR 97361-9300** | Line **3.99**<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 **Wyatt Fire Protection, Inc.**<br>**9095 SW Burnham**<br>**Portland, OR 97223** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.51 **Wyatt Fire Protection, Inc.**<br>**c/o Tonkon Torp LLP**<br>**888 SW Fifth Ave Ste 1600**<br>**Portland, OR 97204** | Line **3.145**<br><br>☐ Not listed. Explain ____ | _ |
| 4.52 **Wyatt Fire Protection, Inc.**<br>**9095 SW Burnham**<br>**Portland, OR 97223** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.53 **Yamhill Community Action Ptnrshp**<br>**Sled Shed Consulting, Jenn Sharp**<br>**PO Box 2544**<br>**White Salmon, WA 98672** | Line **3.135**<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 **Yamhill County Clerk**<br>**535 NE 5th St**<br>**McMinnville, OR 97128** | Line **3.118**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 154,728.07 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,968,953.87 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,123,681.94 |

**Fill in this information to identify the case:**

Debtor name    **Ben Fackler Construction, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Alexana Winery Project. Substantially complete commercial project. Contracted to construct commercial winery production storage facility. Project value ~$1,437,012.00. Punch list items to be completed.** |
| State the term remaining | **Alexana Cold Storage** |
| List the contract number of any government contract | **Attn: Jeff Lewis** <br> **12001 NE Worden Hill Road** <br> **Dundee, OR 97115** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Celestial Hill and Four on Third Project. Project is around 70% complete - no contract signed. Two projects in same building. Contracted to build commercial tasting room and tenant improvement in existing building. Project value ~$499,448.00.** |
| State the term remaining | **Celestial Hill Vineyard** |
| List the contract number of any government contract | **Attn: Chris Thomas** <br> **1970 NW Garris Lane** <br> **McMinnville, OR 97128** |

Debtor 1 **Ben Fackler Construction, Inc.**
_____

First Name        Middle Name        Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Uniform service provider** |
| State the term remaining | |
| List the contract number of any government contract | **Cintas Corporation**<br>**6800 Cintas Blvd**<br>**Mason, OH 45040** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Any Door Place Project. Substantially complete commercial project, Debtor needs to submit lien waivers. Contracted to renovate and build addtions for two existing homes. Project value ~$2,722,579.00. Project funds owed are tied in mediation.** |
| State the term remaining | |
| List the contract number of any government contract | **City of McMinnville**<br>**Attn: Jody Christensen**<br>**230 NE 2nd St**<br>**McMinnville, OR 97128** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **See contracts listed in attachment "2"** |
| State the term remaining | **1-Year Warranties** |
| List the contract number of any government contract | **Completed Projects Still Under Warranty** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for 1410 NE Alpha Drive, McMinnville, Oregon 97128** |
| State the term remaining | **August, 2031** |
| List the contract number of any government contract | **Fackler Properties, LLC**<br>**PO Box 194**<br>**McMinnville, OR 97128** |

| Debtor 1 | **Ben Fackler Construction, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Office Equipment Lease - copiers, printers, and phone system. Financed by Canon Financial Services.** | |
|---|---|---|---|
| | State the term remaining | **2029** | |
| | List the contract number of any government contract | | **Pacific Office Automation**<br>**14747 Northwest Greenbrier Pkwy**<br>**Beaverton, OR 97006** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Olde Stone Village Project. Substantially complete commercial project. Contracted to build RV park clubhouse and 39 RV spaces. Project value ~$5,656,348.00. Project owner has not released additional funds. Owner alleged improper installation and demands repairs are made.** | |
|---|---|---|---|
| | State the term remaining | | **Paul Brewer**<br>**Olde Stone Village NW, LLC**<br>**PO Box 6956** |
| | List the contract number of any government contract | | **Laguna Niguel, CA 92607** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2023-Tesla Model 3 VIN5YJ3E1EA2PF694370** | |
|---|---|---|---|
| | State the term remaining | **12/13/2026** | |
| | List the contract number of any government contract | | **Tesla**<br>**1 Tesla Rd**<br>**Austin, TX 78725** |

**Attachment 2**

| Projects under 1-year warranty | | | | |
|---|---|---|---|---|
| **Project** | **Contractor** | **Property Address** | **Completion Date** | **Expiration Date** |
| Jacobson Siding Repair | General Contractor | Alisa Jacobson<br>325 SE Davis St<br>McMinnville, OR 97128 | 2/1/2025 | 2/1/2026 |
| Morrison Tile Repair | General Contractor | Jenny Morrison<br>2830 NE 47th Ave<br>Portland, OR 97213 | 1/31/2025 | 1/31/2026 |
| Kuhn Deck Replacement | General Contractor | Glenn Kuhn<br>1826 NE 74th St<br>Lincoln City, OR 97637 | 6/21/2024 | 6/21/2025 |
| Child Kitchen Remodel | General Contractor | Linda Child<br>841 SW Goucher<br>McMinnville, OR 97128 | 7/31/2024 | 7/31/2025 |
| Dorshimer ADU | General Contractor | Dave Dorshimer<br>305 Rice Lane<br>Amity, OR | 11/22/2024 | 11/22/2025 |
| Scotts Automotive Siding Replacement | General Contractor | Kurt Amundson<br>2600 NE McDonald Lane<br>McMinnville, OR 97128 | 8/5/2024 | 8/5/2025 |
| Gazebo Construction | General Contractor | Bob Simonyi<br>35505 NE Wilsonville Road<br>Newberg, OR 97132 | 9/4/2024 | 9/4/2025 |
| Sliding door replacement | General Contractor | Jan Brandon<br>7090 SE Booth Bend Rd<br>McMinnville, OR 97128 | 8/28/2024 | 8/28/2025 |
| Bathroom Refresh | General Contractor | Clint Bergmann<br>3282 NW Grenfell Loop<br>McMInnville, OR 97128 | 8/28/2024 | 8/28/2025 |
| Bathroom Refresh | General Contractor | John Lautenbach<br>511 SW 48th St<br>Lincoln City, OR 97367 | 11/5/2024 | 11/5/2025 |
| Edward Jones Breakroom Upgrade | General Contractor | Laser Facility Management<br>760 S Main St<br>Dallas, OR 97338 | 11/25/2024 | 11/25/2025 |
| Water Damage Repair | General Contractor | Brenda Payne<br>219 W Washington St<br>Carlton, OR 97111 | 11/20/2024 | 11/20/2025 |
| Window Replacement | General Contractor | Carrie Shelbourne<br>29175 Salmon River Hwy<br>Grand Ronde, OR 97347 | 11/20/2024 | 11/20/2025 |

**Attachment 2**

| Projects under 1-year warranty | | | | |
|---|---|---|---|---|
| **Project** | **Contractor** | **Property Address** | **Completion Date** | **Expiration Date** |
| Kitchen Remodel | General Contractor | Dana Leach<br>39605 Coast Creek Rd<br>Willamina, OR 97396 | 9/19/2024 | 9/19/2025 |
| Home Remodel | General Contractor | Mark Roskopf<br>4533 SW Coast<br>Lincoln City, OR 97367 | 12/17/2024 | 12/17/2025 |
| Patio Cover | General Contractor | Dale Sprock<br>1057 SW Courtney Laine Drive<br>McMinnville, OR  97128 | 1/29/2025 | 1/29/2026 |
| Misc Repairs | General Contractor | HBPHS<br>10601 SE Loop Rd<br>Dayton, OR 97114 | 2/6/2025 | 2/6/2026 |
| Fence Repair | General Contractor | David & Marilynn Rhodes<br>7528 SW 64th Pl<br>Portland, Or 97129 | 2/28/2025 | 2/28/2026 |
| Deck | General Contractor | Domaine Drouhin<br>6750 NE Breyman Orchards Rd<br>Dayton, OR 97114 | 2/27/2025 | 2/27/2026 |
| Door Replacement | General Contractor | Damian Lillard Toyota<br>3142 NE Doran Drive<br>McMinnville, OR  97128 | 3/13/2025 | 3/13/2026 |
| Subfloor Repair | General Contractor | Portland Heights Condominuims<br>Chris Wilkes<br>2425 SW 19th Ave<br>Portland, OR  97201 | 3/12/2025 | 3/12/2026 |

**Fill in this information to identify the case:**

Debtor name    **Ben Fackler Construction, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ben Fackler** | **PO Box 194**<br>**McMinnville, OR 97128**<br>**Guarantor** | **Trinity Flooring, Inc.** | ☐ D _____<br>■ E/F  **3.135**<br>☐ G _____ |
| 2.2 | **Ben Fackler** | **PO Box 194**<br>**McMinnville, OR 97128**<br>**Guarantor** | **Builders First Source** | ☐ D _____<br>■ E/F  **3.23**<br>☐ G _____ |
| 2.3 | **Ben Fackler** | **PO Box 194**<br>**McMinnville, OR 97128**<br>**Guarantor** | **Building Material Specialties, Inc.** | ☐ D _____<br>■ E/F  **3.24**<br>☐ G _____ |
| 2.4 | **Ben Fackler** | **PO Box 194**<br>**McMinnville, OR 97128**<br>**Guarantor.** | **Core & Main LP** | ☐ D _____<br>■ E/F  **3.37**<br>☐ G _____ |
| 2.5 | **Ben Fackler** | **PO Box 194**<br>**McMinnville, OR 97128**<br>**Guarantor** | **Fora Financial** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Ben Fackler Construction, Inc.** | | Case number *(if known)* | |

---

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

---

| 2.6 | Ben Fackler | PO Box 194<br>McMinnville, OR 97128<br>Guarantor | Miller Paint Co | ☐ D _____<br>■ E/F ___3.92___<br>☐ G _____ |

---

| 2.7 | Ben Fackler | PO Box 194<br>McMinnville, OR 97128<br>Guarantor. | Citizen's Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

---

| 2.8 | Jennifer Fackler | PO Box 194<br>McMinnville, OR 97128<br>Guarantor | Citizen's Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

---

| 2.9 | Ben Fackler | PO Box 194<br>McMinnville, OR 97128<br>Guarantor | Fackler Properties, LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___2.6___ |

---

**Fill in this information to identify the case:**

Debtor name    **Ben Fackler Construction, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2025**      X **/s/ Stephen B. Fackler**
                                            Signature of individual signing on behalf of debtor

                                          **Stephen B. Fackler**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Ben Fackler Construction, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>■ Other    **P&L (Cash Basis)**<br>**through 05/08/2025** | **$311,654.38** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>■ Other    **2024 P&L (Cash**<br>**Basis)** | **$6,644,857.89** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>■ Other    **Fackler Holding**<br>**Company Tax Return** | **$8,652,787.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor  **Ben Fackler Construction, Inc.**                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Citizens Bank**<br>**Attn: CEO, President, Officer**<br>**275 Sw 3rd St**<br>**Corvallis, OR 97333** | **04/30/2025 -**<br>**monies**<br>**taken**<br>**without**<br>**consent.** | **$14,575.62** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Fackler Properties, LLC**<br>**PO Box 194**<br>**McMinnville, OR 97128** | **03/06/2025 -**<br>**04/03/2025 -**<br>**05/08/2025** | **$16,776.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.3. **Oswego Drywall Installers, Inc.**<br>**19155 SW Teton Ave**<br>**Tualatin, OR 97062** | **03/06/2025 -**<br>**04/02/2025** | **$7,585.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Salem Contractors Exchange**<br>**2256 Judson St SE**<br>**Salem, OR 97302** | **02/26/2026 -**<br>**03/05/2025 -**<br>**04/02/2025 -**<br>**05/01/2025** | **$11,528.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Sentry Insurance**<br>**Attn: CEO, President, Officer**<br>**1800 North Point Dr**<br>**Stevens Point, WI 54481** | **02/24/2025 -**<br>**02/26/2025 -**<br>**03/27/2025 -**<br>**05/01/2025** | **$17,147.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |
| 3.6. **The Patrick Rettig Corporation**<br>**PO Box 2676**<br>**Riverside, CA 92516** | **02/12/2025**<br>**through**<br>**05/02/2025** | **$22,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Business**<br>**Consultation** |
| 3.7. **Willamette Valley Tile Inc**<br>**475 Fir Knoll Ln NE**<br>**Salem, OR 97317** | **02/12/2025 -**<br>**03/17/2025 -**<br>**04/14/2025 -**<br>**05/05/2025** | **$17,210.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Ben Fackler Construction, Inc.**                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8.    **Pro Handyman Services**<br>**1394 NE Alpha Drive**<br>**McMinnville, OR 97128** | **Various** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Debtor has used Pro Handyman Services accounts to purchase products, expensed to the Pro Handyman Services accounts, and an accounts receivable to Debtor, which then pays Handyman's bill.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Ben Fackler**<br>**PO Box 194**<br>**McMinnville, OR 97128**<br>**CEO** | **Bi-Weekly**<br>**05/09/2024 -**<br>**05/07/2025** | **$217,390.00** | **Shareholders Distribution** |
| 4.2.    **Hailey Fackler**<br>**PO Box 194**<br>**McMinnville, OR 97128**<br>**CEO's Daughter** | **Bi-Weekly** | **$4,277.15** | **Payroll** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Citizens Bank**<br>**PO Box 30**<br>**Corvallis, OR 97339-0030** | **Monies taken without consent** | **04/30/2025** | **$14,575.62** |
| **Ford Motor Credit Company, LLC**<br>**c/o AIS Portfolio Services, LLC**<br>**4515 N Santa Fe Ave Dept APS**<br>**Oklahoma City, OK 73118** | **2020 Ram 1500. VIN: 3C6TRVBG3LE102468.**<br>**Property value based on management opinion. Vehicle repossessed.** | **05/13/2025** | **$18,863.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Ben Fackler Construction, Inc. | | Case number *(if known)* | |

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **The Internal Revenue Service approved the Employee Retention Tax Credit and setoff payroll taxes owed for periods ending 12/31/2023 and 03/31/2024. Federal Tax Lien (SN 496702224) released 1/22/2025.**<br>Last 4 digits of account number: ___6310___ | **January, 2025** | **$117,924.50** |

---

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Southwestern Polk County Rural Fire Protection District v. Ben Fackler Construction, Inc.**<br>**24CV46386** | **Civil** | **Polk County Circuit Court**<br>**850 S Main St**<br>**Dallas, OR 97338** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Customline Shower Co. v. Ben Fackler Construction, Inc.**<br>**25SC03143** | **Small Claims. Settled by Meditation Agreement March, 2025** | **Circuit Court of the State of Oregon**<br>**County of Yamhill**<br>**535 NE 5th St**<br>**McMinnville, OR 97128** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Custom Kitchen Renovations vs Ben Fackler Construction Inc.**<br>**25SC10825** | **Small Claims** | **Circuit Court of the State of Oregon**<br>**County of Yamhill**<br>**535 NE 5th St**<br>**McMinnville, OR 97128** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Custom Kitchen Renovations vs Ben Fackler Construction Inc.**<br>**25SC26640** | **Circuit Court** | **Circuit Court of the State of Oregon**<br>**County of Lincoln**<br>**225 W Olive St #201**<br>**Newport, OR 97365** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Ben Fackler Construction, Inc. | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Michael Pumputis stole the Trailer** | **$0.00** | **2025** | **$0.00** |

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fox Law Corporation, Inc.**<br>**17835 Ventura Blvd Ste 306**<br>**Encino, CA 91316** | **The Debtor transferred $76,738 to The Fox Law Corporation, Inc., including a $1,738 court filing fee and $15,000 transferred to Debtor's Local Counsel.** | **January 22, 2025** | **$60,000.00** |
| | Email or website address<br>**sfox@foxlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Keith Y. Boyd, PC**<br>**724 S Central Ave Ste 106**<br>**Medford, OR 97501** | **Funds were paid to The Fox Law Corporation, Inc. and then $15,000 were transferred, including an additional $1,738, to cover the court filing fee.** | **February 5, 2025** | **$15,000.00** |
| | Email or website address<br>**keith@boydlegal.net** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Ben Fackler Construction, Inc.**                                Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Pro Handyman Services<br>1394 NE Alpha Drive<br>McMinnville, OR 97128** | **Debtor has used Pro Handyman Services<br>accounts to purchase products,<br>expensed to the Pro Handyman Services<br>accounts, and an accounts receivable to<br>Debtor, which then pays Handyman's bill.** | **Various** | **Unknown** |
| | Relationship to debtor | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Names, addresses, phone numbers, and emails**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

Debtor    **Ben Fackler Construction, Inc.** _____    Case number *(if known)* _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Citizens Bank<br>455 NE Baker St<br>McMinnville, OR 97128** | **XXXX-0025** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2024** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | **Ben Fackler Construction, Inc.** | | Case number *(if known)* | |

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Jax Doutre**<br>**PO Box 2676**<br>**Riverside, CA 92516** | **2025-Current** |
| 26a.2.   **McKenzie Duncan Johns CPAs**<br>**290 SW Hill Rd S**<br>**McMinnville, OR 97128** | **2022-2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Ben Fackler Construction, Inc. | | Case number (if known) | |
|--------|-------------------------------|--|------------------------|--|

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|-------------------------------------------------------------------|
| 26c.1. **Ben Fackler Construction, Inc.**<br>**1394 NE Alpha Drive**<br>**McMinnville, OR 97128** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1. **Citizens Bank**<br>**455 NE Baker St**<br>**McMinnville, OR 97128** |
| 26d.2. **Loanbuilder - Paypal**<br>**2211 N 1st St**<br>**San Jose, CA 95131** |
| 26d.3. **Fora Financial**<br>**1385 Broadway 15th Flr**<br>**New York, NY 10018** |
| 26d.4. **1 West Finance**<br>**368 9th Ave 6th Flr**<br>**New York, NY 10001** |
| 26d.5. **Southwest Funding**<br>**735 NW Adams St**<br>**McMinnville, OR 97128** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Ben Fackler** | **PO Box 194**<br>**McMinnville, OR 97128** | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Fackler Holding Company** | **PO Box 194**<br>**McMinnville, OR 97128** | | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Debtor    **Ben Fackler Construction, Inc.**                                      Case number *(if known)*  _____

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Hailey Fackler**<br>**PO Box 194**<br>**McMinnville, OR 97128** | **$4,277.15** | **Bi-Weekly** | **Payroll** |
| Relationship to debtor<br>**CEO's Daughter** | | | |
| 30.2.  **Ben Fackler**<br>**PO Box 194**<br>**McMinnville, OR 97128** | **$194,900 - Shareholders Distribution**<br>**$22,490 - Officer Loan** | **Shareholders Distribution: Bi Weekly Officer Loan: 01/22/2025 - 01/31/2025** | **Shareholders Distribution and Officer Loan** |
| Relationship to debtor<br>**CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2025**

**/s/ Stephen B. Fackler**                              **Stephen B. Fackler**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

■ No
☐ Yes

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Ben Fackler Construction, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>DISTRICT OF OREGON</strong></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arbon Equipment Corporation 25464 Network Place Chicago, IL 60673-1254** | mbrown@ritehite.com 631 425 8861 | **Subcontractor/Multiple Projects** | | | | $288,477.25 |
| **Bottom Line Concepts LLC 3323 NE 163rd Street, Ste 302 North Miami Beach, FL 33160** | druiz@bottomlinesavings.com 212 668 1111 | **Tax Specialists ERC Credit** | | | | $107,540.92 |
| **CS1 Real Interior, Inc. 21785 SW Tualatin Valley Hwy Unit N Hillsboro, OR 97006** | horlando@cs1realinteriors.com 971 217 0527 | **Subcontractor Multiple Projects** | | | | $29,161.78 |
| **Fackler Properties, LLC PO Box 194 McMinnville, OR 97128** | ben@facklerconstruction.com 503 437 4049 | **Landlord** | | | | $85,985.00 |
| **Fora Financial PO Box 14480 Salem, OR 97309-0405** | devan.banks@forafinancial.com 212 947 0100 | **UCC-1 filed 02/20/2025. Collateral: all assets. 3rd position. Hard money loan for $120,000. Balance as of May 7, 2025 believed to be $157,570.** | | $157,570.00 | $87,940.50 | $69,629.50 |
| **Hi-Grade Painting LLC 4640 SW Pacific Blvd Albany, OR 97321** | higrade.painting.llc@gmail.com 503 602 5596 | **Subcontractor Job #23011 Roskopf; Claim No. 45K007405.1** | | | | $36,200.00 |

| Debtor | Ben Fackler Construction, Inc. | | Case number (if known) | | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Innova NW 1396 Alpha Dr McMinnville, OR 97128 | jfackler@innovanw.com 503 472 6306 | Subcontractor Multiple Projects | | | | $80,122.26 |
| Jeremy Rhodes Construction LLC 637SW Keck Drive #114 McMinnville, OR 97128 | melissa@jeremyrhodesconstruction.com 503 434 8664 | Subcontractor Multiple Projects | | | | $92,000.00 |
| Lakeside Lumber 10600 SW Tualatin-Sherwood Rd Tualatin, OR 97062 | brooks@lakesidelumber.com 503 635 3693 | Vendor/Suppllier. Construction lien recorder number 202503039 | | | | $44,825.56 |
| Mike's Heating & Air Conditioning 113 41st Ave SE Albany, OR 97322 | lanced@mikesace.com 800 984 4165 | Subcontractor Multiple Projects | | | | $29,093.95 |
| MSJ Inc dba Mikes Heating and Air Attn: Lance Dutcher, President PO Box 748 Albany, OR 97321 | joslynn@miksac.com 541 928 1804 | Promissory Note. | | | | $34,158.96 |
| Oregon City Garage Door 6000 SE Evelyn St Clackamas, OR 97015 | swagman@oregoncitygaragedoor.com 503 632 3070 | Subcontractor Job #23275 Alexana | | | | $42,674.00 |
| Portland Millwork Inc. 29600 SW Seely Ave Wilsonville, OR 97070 | dave@portlandmillwork.com 503 612 6828 | Vendor/Supplier | | | | $30,050.00 |
| Pro Side Construction LLC 16267 Abiqua Lane NE Silverton, OR 97381 | tim@prosideco.com 503 999 7125 | Subcontractor Multiple Projects | | | | $90,400.00 |
| SW Polk Fire District 15455 Salt Creek Rd Dallas, OR 97338 | speirce@swpolkfd.org 503 925 4275 | In connection with lawsuit Southwestern Polk County Rural Fire Protection District v. Ben Fackler Construction, Inc. 24CV46386. Claim no. 4275449. | Disputed | | | $2,600,000.00 |

Debtor  **Ben Fackler Construction, Inc.**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trinity Flooring, Inc.**<br>**15500 SW 72nd Ave**<br>**Ste 200**<br>**Portland, OR 97224** | **robk@trinityflooring.com**<br>**971 801 6706** | **Project at 327 NE Adams St McMinnville, OR 97128. Claim Pursuant to ORS279C.605 public bonds work no. 670764C and payment bond no. 023226640.** | | | | **$66,373.40** |
| **US West Corporation**<br>**1390 N Old Pacific Hwy**<br>**Myrtle Creek, OR 97457** | **amanda@uswestcorp.com**<br>**541 863 6969** | **Subcontractor Multiple Projects** | | | | **$196,113.00** |
| **Willamette Valley Tile Inc**<br>**353 63rd Ave NE**<br>**Salem, OR 97317** | **deanwvtile@aol.com**<br>**503 559 6538** | **Subcontractor Multiple Projects** | | | | **$40,775.28** |
| **Wurdinger Excavation**<br>**7030 Homestead Ln**<br>**Monmouth, OR 97361-9300** | **stuart.wurdingerexcavating.com**<br>**503 713 7555** | **Subcontractor. Claim amount includes amount stated in Notice of Claim dated February 21, 2025 regarding the AnyDoor Place Project.** | | | | **$413,691.00** |
| **Wyatt Fire Protection, Inc.**<br>**9095 SW Burnham**<br>**Portland, OR 97223** | **s.mchenry@wyattfire.com**<br>**503 684 2928** | **Subcontractor Multiple Projects** | **Subject to Setoff** | | | **$99,890.00** |

# United States Bankruptcy Court
## District of Oregon

In re  **Ben Fackler Construction, Inc.** _____  Case No. _____

Debtor(s)  Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 14, 2025** _____      **/s/ Stephen B. Fackler** _____

**Stephen B. Fackler/President**
Signer/Title